Adam S. Rossman, Esq. SBN 175838
6338 Trancas Cyn. Rd.
Malibu, CA 90265
Telephone: (310) 592-4837
Email: adamrossman66@gmail.com

Attorneys for Defendant, Starship, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| STORM APPAREL LIMITED, a Hong Kong S.A.R. company; GUANGZHOU KINLIM APPAREL CO. LTD, a Chinese company; 99K LIMITED, a United Kingdom company,<br><br>Plaintiffs,<br><br>vs.<br><br>STARSHIP, LLC, a California Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>STARSHIP, LLC, a California Limited Liability Company,<br><br>Counter Claimant<br><br>vs.<br><br>STORM APPAREL LIMITED, a Hong Kong S.A.R. company; GUANGZHOU KINLIM APPAREL CO. LTD, a Chinese company;, and ROES 1-10<br><br>Counter Defendants | Case No.: **2:25-cv-05962-HDV-MBK**<br><br><br><br><br><br><br><br><br><br>**STIPULATION TO DISMISS ACTION AND RETENTION OF JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMNET**<br><br>**FRCP 41(a)**<br><br>**Hon. Hernan D. Vera** |

-1-
STIPULATION FOR DISMISSAL AND TO ENFORCE SETTLEMETN AGREEMENT

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and pursuant to the settlement agreement by and between the parties, plaintiffs, STORM APPAREL LIMITED, a Hong Kong S.A.R. company; GUANGZHOU KINLIM APPAREL CO. LTD, a Chinese company; 99K LIMITED, a United Kingdom company (Collectively, the "Plaintiffs") and defendant STARSHIP, LLC, a California Limited Liability Company (the "Defendant"), hereby jointly stipulate as follows:

1. As more fully set forth in the Parties' Settlement Agreement (the "Agreement"), a true and correct copy of which is attached hereto as Exhibit A, Plaintiffs have agreed to accept from Defendants as settlement in full in the sum of Four Hundred Eighty Five Thousand and 00/100 ($485,000.00) to be paid by Defendants over time.

2. In the event that Defendant defaults under the terms of the Settlement Agreement by failing to pay timely to Plaintiff any amounts due thereunder, and continue not to make payment upon receipt of a written notice to cure said default from Plaintiffs as set forth in the Settlement Agreement, Plaintiffs may obtain entry of judgment pursuant to this Stipulation ("Stipulated Judgment") against Defendant, Starship, LLC, in the sum of Five Hundred Fifty-One Thousand One Dollars and Fifty-Eight Cents ($ $551,001.58)plus fees and costs less the amount of any payments received and cleared to the date of default.

3. As long as Defendant is not in default of any payment due under the

Settlement Agreement, Plaintiff shall not file the Stipulated Judgment with the court.

4. Upon timely payment in full pursuant to the terms of the Agreement, Plaintiff will cause a Stipulation for Dismissal with prejudice of the Complaint to be filed with the court as to Defendant herein and shall destroy this Stipulation.

5. The Parties hereby jointly stipulate to dismiss the Counterclaim with prejudice and to dismiss the Complaint without prejudice.

6. The parties hereby jointly stipulate that the Court shall retain jurisdiction over this action to enforce the terms of this Stipulation.

7. Defendant has had an opportunity to consult counsel of its own choosing, concerning their rights with respect to the form and contents of this stipulation.

8. Defendant acknowledges that it has read and understands the terms of this stipulation before executing this stipulation.

9. This stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. In addition, signed copies of this stipulation exchanged via electronic transmission, including, without limitation, facsimile, email, DocuSign (or similar medium) or photocopy shall be deemed originals and delivered for all purposes.

IT IS SO STIPULATED.

DATED: November 11, 2025        Storm Apparel LIMITED, a Hong Kong S.A.R. company

By: _LIN Zong Heng_

Its: ___CEO___, an authorized signatory

DATED: November 11, 2025        GUANGZHOU KINLIM APPAREL CO. LTD, a Chinese company

By: _LIN Zong Heng_

Its: ___CEO___, an authorized signatory

DATED: November 11, 2025        99K LIMITED, a United Kingdom company,

By: _LIN Zong Heng_

Its: ___CEO___, an authorized signatory

DATED: November 11, 2025        STARSHIP, LLC, a California limited liablity company

By: _____
    RENE PIERRE MATHEY
Its: Manager, an authorized signatory

-4-
STIPULATION FOR DISMISSAL AND TO ENFORCE SETTLEMETN AGREEMENT

APPROVED AS TO FORM:

Dated: November 11, 2025

**ADAM S. ROSSMAN, ESQ.**

*Adam Rossman*
Adam S. Rossman, attorney for the Defendant, Starship, LLC, a California limited liability company

Dated: November 11, 2025

**YK Law LLP**

*Henry Li*
ID ZKyU2RNNGT2vJZqoJtkiESuE
Yongyuan "Henry" Li, attorney for the Plaintiffs, Storm Apparel Limited, a Hong Kong S.A.R. Company; Guangzhou Kinlim Apparel Co. Ltd, a Chinese company; 99K Limited, a United Kingdom company

-5-
STIPULATION FOR DISMISSAL AND TO ENFORCE SETTLEMETN AGREEMENT

# eSignature Details

**Signer ID:** ZKyU2RNNGT2vJZqoJtkiESuE
Signed by: Henry Li
Sent to email: hli@yklaw.us
IP Address: 172.56.182.72
Signed at: Nov 13 2025, 10:41 pm PST