Adam S. Rossman, Esq. SBN 175838
6338 Trancas Cyn. Rd.
Malibu, CA 90265
Telephone: (310) 592-4837
Email: adamrossman66@gmail.com

Attorneys for Defendant, Starship, LLC

LINK 18

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| STORM APPAREL LIMITED, a Hong Kong S.A.R. company; GUANGZHOU KINLIM APPAREL CO. LTD, a Chinese company; 99K LIMITED, a United Kingdom company,<br><br>Plaintiffs,<br><br>vs.<br><br>STARSHIP, LLC, a California Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____<br>STARSHIP, LLC, a California Limited Liability Company,<br><br>Counter Claimant<br><br>vs.<br><br>STORM APPAREL LIMITED, a Hong Kong S.A.R. company; GUANGZHOU KINLIM APPAREL CO. LTD, a Chinese company;, and ROES 1-10<br><br>Counter Defendants | Case No.: **2:25-cv-05962-HDV-MBK**<br><br>**[~~PROPOSED~~] ORDER** |

-1-

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Complaint again Defendant STARSHIP, LLC is hereby dismissed without prejudice, subject to the conditions set forth in the Settlement Agreement and the parties' Stipulation.

2. Defendant's Counterclaim against Plaintiffs STORM APPAREL LIMITED and GUANGZHOU KINLIM APPAREL CO. LTD is hereby dismissed with prejudice.

3. This Court shall retain jurisdiction to enforce the settlement agreement between the parties.

Dated:  11/18/25

_____
Hon. Hernan D. Vera
United States District Judge